### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **SAMMY JEE IRIZARRY-QUIÑONES** <br><br> Defendant. | CRIM. NO. 24-03 (SCC) |

### ORDER

Defendant was on conditions of supervised release pending trial. See Docket No. 8. On May 3, 2024, the United States Probation Office ("USPO") filed a motion informing of Defendant's violations of his conditions of release. Docket No. 23. The allegation is that Defendant committed new criminal conduct while on bail. Id. An arrest warrant was issued at Docket No. 26 and Defendant is currently detained.

Pursuant to the Bail Reform Act, and given that new criminal conduct is alleged, the Court "shall enter an order of revocation and detention if, after a hearing" finds (1) probable cause to believe that the defendant committed a crime while on release, and (2) no conditions will reasonably assure that the defendant will not flee or pose a danger or the person is unlikely to abide by conditions of release. 18 U.S.C. § 3148(b). A bond revocation hearing was held. The Government and the United States Probation Officer informed that they agree for

.

Defendant to remain on bail and for his conditions of release to be modified. The modifications proposed by the parties are for Defendant to be allowed to relocate to the Municipality of Ponce and reside at an address to be approved by the USPO, and for the imposition of an electronic monitoring device in home detention modality.

Given that the Government did not make the required showing for the revocation and agreed to the modifications proposed by Defendant, Defendant is to be released under the following conditions: Defendant's release is contingent on the approval of his grandmother as a third party custodian, he is to relocate to the Municipality of Ponce and reside at an address approved by the USPO, and Defendant is to wear an electronic monitoring device in the modality of home detention. All other conditions of release remain.

IT IS SO ORDERED.
In San Juan, Puerto Rico, this 10th day of July 2024.

s/ Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge